Barto USRY, Plaintiff–Appellant,

v.

UNITED STATES of America,
Defendant–Appellee,

and

Douglass Willis, Unit Manager,
Party–in–Interest.

No. 13–6818.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 28, 2013.

Decided: Nov. 6, 2013.

Barto Usry, Appellant Pro Se. Alan McGonigal, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before AGEE, DAVIS, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barto Usry appeals the district court's order rejecting the magistrate judge's recommendation and dismissing his action under the Federal Tort Claims Act ("FTCA") for lack of subject matter jurisdiction. On appeal, Usry challenges the district court's conclusion that his FTCA claim is barred by the discretionary function exception. *See* 28 U.S.C. § 2680(a) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Usry v. United States*, No. 5:11–cv–00141–FPSJES (N.D.W.Va. Mar. 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*